TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2464
E-mail: julie.hamill@usdoj.gov

Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALDIN SAUL RODRIGUEZ SABILLON,<br><br>Petitioner,<br><br>v.<br><br>SEMAIA, *et al.*,<br><br>Respondents. | No. 5:26-cv-01444-VBF-MBK<br><br>**ORDER**<br><br>Honorable Michael B. Kaufman<br>United States Magistrate Judge |

**ORDER**

Before the Court is the Joint Stipulation entered by the parties on April 4, 2026. For the reasons set forth in the Joint Stipulation and pursuant to paragraph 4 of the Court's Order dated March 27, 2026 (Dkt. 4), the Court GRANTS the Joint Stipulation.

1. The Petition is dismissed without prejudice.
2. The hearing scheduled for April 7, 2026 at 10:00 a.m., is rescheduled to April 8, 2026 at 10:00 a.m.

IT IS SO ORDERED.

**Date: 4/6/26**

**Hon. Hon. Michael B. Kaufman**

**United States Magistrate Judge**